UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**VOLKSWAGEN GROUP OF AMERICA, INC.,**

        **Plaintiff,**

        v.

**ANDY VARONA and VEROTEC WHEELS, INC.,**

        **Defendants.**

Civil Action No. 1:19-cv-24838-MGC

**JOINT SCHEDULING REPORT AND JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 26(f), S.D. Fla. L.R. 16.1(b)(2), and this Court's Order dated November 25, 2019 [D.E. 9], counsel for Plaintiffs and counsel for Defendants conferred on January 14, 2020, and state as follows:

1. *The likelihood of settlement:*

The Parties are in the preliminary stages of discussing settlement and are endeavoring to reach an amicable resolution of this matter. However, at this early stage it is not yet clear whether settlement is likely. Should the parties reach a settlement, the parties will promptly notify the Court of the same.

2. *The likelihood of additional parties:*

The Parties, at this time, do not anticipate the appearance of additional parties.

3. *Proposed limits on time:*

See attached Exhibit A "Proposed Joint Scheduling Order"

4. *Proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial judgment:*

The parties will work together to eliminate unnecessary claims and defenses and stipulate to as many facts as possible.

5. *The necessity or desirability of amendments to the pleadings:*

Amendments to the pleadings may occur as discovery evolves and disclosures are made.

6. *The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:*

The parties believe that through stipulations and admissions of facts, they can streamline evidentiary matters before the Court and avoid unnecessary disputes and use of cumulative evidence. The parties will work cooperatively to narrow and identify any areas of dispute on evidentiary matters anticipated at trial and to present such disputes, to the extent possible, in pre-trial motions *in limine*.

7. *Suggestions for the avoidance of unnecessary proof and cumulative evidence:*

The Parties agree to utilize stipulations of fact as appropriate.

8. *Suggestions on the advisability of referring matters to a Magistrate Judge or master:*

At this time, the parties consent to use of a magistrate judge for determination of discovery motions, non-dispositive motions, dispositive motions and trial.

9. *Preliminary estimate of time required for trial:*

The parties estimate that 3 days are needed for trial.

10. *Requested date or dates for conference before trial, a final pretrial conference and trial:*

The Parties request that a pre-trial conference take place at least fourteen (14) days before trial. The Parties request that this matter be set for trial on or after October 27, 2020.

11. *Any issues about: (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert those claims after production – whether to ask the Court to include their agreement in an Order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist:*

None.

Submitted this, 3rd day of February, 2020

Respectfully submitted,

/s/ J. Wil Morris
J. Wil Morris (Fla. Bar No. 069493)
Morris Legal LLC
2800 Biscayne Blvd., Suite 2800
Miami, Florida 33137
Phone: 305.444.3437
Fax: 305.444.3457
efile@morrislegalfla.com

/s/ Armando P. Rubio
Armando P. Rubio (Fla. Bar No. 478539)
FIELDS HOWELL LLP
9155 S. Dadeland Blvd., Suite 1012
Miami, FL 33156
Phone: 786.870.5610
Fax: 855.802.5821
arubio@fieldshowell.com

*Of Counsel:*

Nicholas J. Nowak (*pro hac vice pending*)
Monica Riva Talley (*pro hac vice pending*)
Daniel S. Block (*pro hac vice pending*)
Matthew M. Zuziak (*pro hac vice pending*)
STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, D.C. 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com
mzuziak@sternekessler.com

*Attorneys for Plaintiffs Volkswagen Group of America, Inc. and Audi AG*

## Certificate of Service

I HEREBY CERTIFY that I have furnished a copy of the foregoing on counsel of record, via ECF this 3rd day of February 2020.

/s/ Armando P. Rubio
Armando P. Rubio (Fla. Bar No. 478539)