UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**VOLKSWAGEN GROUP OF AMERICA, INC.,**

   **Plaintiff,**

   v.

**ANDY VARONA and VEROTEC WHEELS, INC.,**

   **Defendants.**

Civil Action No. 1:19-cv-24838-MGC

## JOINT PROPOSED SCHEDULING ORDER

  Pursuant to Local Rule 16.1(b)(3), it is **ORDERED AND ADJUDGED** as follows: The following timetable shall govern the pretrial procedure in this case. This schedule shall not be modified absent Court Order.

| | |
|---|---|
| **February 14, 2020** | Joinder of parties and claims, and amendment of pleadings. |
| **April 24, 2020** | Parties will furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed will be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten days of receipt or other notice of new or revised information. |

| | |
|---|---|
| **May 15, 2020** | All <u>fact</u> discovery must be completed. |
| **May 29, 2020** | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses will be permitted to testify. Within the fourteen-day period thereafter, Plaintiff will make its experts available for deposition by Defendant. |
| **May 22, 2020** | All dispositive <u>and</u> other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and accompanying memoranda of law must be filed. A <u>minimum of 17 weeks</u> is required for the Court to review dispositive motions prior to filing of the joint <u>pretrial stipulation</u>. If <u>no</u> dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report. |
| **June 12, 2020** | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses will be permitted to testify. Within the fourteen- day period thereafter, Defendant will make its experts available for deposition by Plaintiff. |
| **June 26, 2020** | All <u>expert</u> discovery must be completed. |
| **July 3, 2020** | All <u>Daubert</u> and <u>Markman</u> motions and accompanying memoranda of law must be filed. |
| **July 10, 2020** | Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a |

| | |
|---|---|
| | manner that promotes client and judicial economy.) |
| **September 18, 2020** | (a) <u>Joint</u> pretrial stipulation must be filed pursuant to Local Rule 16.1(e). The pretrial stipulation will include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists will be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists will identify the witness introducing each exhibit. The parties will meet at least one month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; and |
| | (b) Joint Summary of Respective Motions *in Limine* must be filed. The Summary will contain a cover page providing the style of the case and an index of the motions *in limine*. The Summary will also include for each evidentiary issue: (*i*) a one page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties will work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation. |
| **October 23, 2020** | Final proposed jury instructions (for jury trial) or |

        findings of fact and conclusions of law (for bench trial) must be submitted. *(A courtesy copy will be submitted to chambers at cooke@flsd.uscourts.gov, in Microsoft Word format).* Each party's trial witness list, with one-sentence synopsis and time needed for direct and cross examination; proposed *voir dire* questions; and deposition designations.

**October 23, 2020**  Deadline for <u>Daubert</u> and/or <u>Markman</u> hearings.

**October 27, 2020**  Trial Date.

Dated this _____ day of _____, 2020

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel all counsel of record