UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**[CONSENT CASE]**

VOLKSWAGEN GROUP OF AMERICA, INC., and AUDI AG,

    *Plaintiffs,*

v.

ANDY VARONA, et al.,

    *Defendants.*

Civil Action No. 1:19-cv-24838-JG

## FINAL JUDGMENT

The Parties have advised the Court that they consent to the entry of this Final Judgment. Pursuant to the Findings of Fact and Conclusions of Law previously entered [ECF No. 103], the Court hereby enters a Final Judgment in favor of Plaintiffs Volkswagen Group of America, Inc. and Audi AG (collectively, "Plaintiffs") on all Counts stated in their Verified Amended Complaint against Defendants Andy Varona and Verotec Wheels, Inc. (collectively, "Defendants") as follows:

1. The Court finds Defendants liable for $609,227.10 in statutory damages for trademark infringement and counterfeiting pursuant to 15 U.S.C. § 1117(c)(2).

2. The Court finds Defendants liable for $40,615.14 in damages for infringement of Audi's U.S. Design Patent No. D721,028 S pursuant to 35 U.S.C. § 289.

3. The Court finds that this is an exceptional case, as provided by 15 U.S.C. § 1117(a), and, as such, Defendants are liable for Plaintiffs' reasonable attorney's fees and costs in the amount of $506,692.00.

4. Judgment is therefore entered against Defendants and in favor of Plaintiffs in the total amount of $1,156,534.24, which shall accumulate interest from the date hereof at 4.25% per annum.

5. Defendants are enjoined from the unauthorized use of any products, packaging, or advertising of the Audi Rings, and any other Audi Trademarks; and from the unauthorized use of any Audi word mark. Defendants are also enjoined from making, using, selling, offering to sell or importing products that infringe the claimed design of U.S. Design Patent No. D721,028 S.

**DONE and ORDERED** in Chambers, at Miami, Florida, on May 13, 2022.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record